SHAWN HALBERT - SBN: 179023
LAW OFFICE OF SHAWN HALBERT
214 Duboce Avenue
San Francisco, California 94103
Phone:      (415) 515-1570
Fax:        (415) 255-8631
E-Mail:     shawn@shawnhalbertlaw.com

Attorney for Defendant SIMON KATZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. 21-CR-00414 JD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER** |
| v. | |
| SIMON KATZ | |
| Defendant / | |
| UNITED STATES OF AMERICA | No. 21-CR-00310 JD |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND [PROPOSED] ORDER** |
| v. | |
| VERONICA KATZ | |
| Defendant / | |

**IT IS HEREBY STIPULATED** by and between the parties in the above entitled case that the hearing date in this matter, currently scheduled for Monday, June 27, 2022 at 10:30 a.m., be continued to August 1, 2022, at 10:30 a.m.

While discovery is now being produced on a rolling basis under a recently entered protective order, counsel for Mr. Simon Katz only substituted into this matter on May 19, 2022 and is unavailable on the date of June 27, 2022, set before she was counsel. Counsel for Simon Katz needs additional time to adequately review discovery and to advise her client on possible resolutions. All parties agree that time should be excluded under the Speedy Trial Act

for effective preparation of counsel. The United States has produced and is continuing to produce discovery to both defendants and defense counsel are currently reviewing, analyzing and discussing discovery in connection with potential plea negotiations and preparation for trial.

Assistant United States Attorney Andrew Dawson and Counsel Tony Brass have no objection to the requested continuance.

The parties in this matter further agree that time should be excluded under the Speedy Trial Act for effective preparation and continuity of counsel. Accordingly, the parties request and stipulate that time between June 27, 2022 and August 1, 2022 be excluded for effective preparation and continuity of counsel pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

For the foregoing reason, the parties respectfully request that the hearing in the above entitled matter, currently set for June 27, 2022, at 10:30 a.m., be continued to August 1, 2022, at 10:30 a.m.

**SO STIPULATED.**

DATED: June 1, 2022              /s/ Shawn Halbert
                                 SHAWN HALBERT
                                 Attorney for Defendant
                                 SIMON KATZ

DATED: June 1, 2022              /s/ Tony Brass
                                 TONY BRASS
                                 Attorney for Defendant
                                 VERONICA KATZ

DATED: June 1, 2022              /s/ Andrew F. Dawson
                                 ANDREW F. DAWSON
                                 Assistant U.S. Attorney

**IT IS SO ORDERED**.

DATED: June 9, 2022              _____
                                 HON. JAMES DONATO
                                 United States District Judge

**STIP & [PROPOSED] ORDER
RE: TO CONTINUE HEARING AND EXCLUDE TIME**            2