1   SHAWN HALBERT - SBN: 179023
    LAW OFFICE OF SHAWN HALBERT
2   214 Duboce Avenue
    San Francisco, California 94103
3   Phone:        (415) 515-1570
    Fax:          (415) 255-8631
4   E-Mail:       shawn@shawnhalbertlaw.com

5   Attorney for Defendant SIMON KATZ

6

7                   **UNITED STATES DISTRICT COURT**

8                   **NORTHERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA               No. 21-CR-00414 JD

11                          Plaintiff,     **STIPULATION TO CONTINUE**
                                           **HEARING FROM AUGUST 1, 2022 TO**
12              v.                         **DECEMBER 12, 2022 AND EXCLUDE**
                                           **TIME AND [PROPOSED] ORDER**
13  SIMON KATZ

14                          Defendant
    _____/
15  UNITED STATES OF AMERICA
                                           No. 21-CR-00310 JD
16                          Plaintiff,
                                           **STIPULATION TO CONTINUE**
17              v.                         **HEARING FROM AUGUST 1, 2022 TO**
                                           **DECEMBER 12, 2022 AND EXCLUDE**
18  VERONICA KATZ                          **TIME AND [PROPOSED] ORDER**
                            Defendant
19  _____/

20

21      **IT IS HEREBY STIPULATED** by and between the parties in the above entitled case

22  that the hearing date in this matter, currently scheduled for Monday, August 1, 2022 at

23  10:30 a.m., be continued to December 12, 2022, at 10:30 a.m.

24      Discovery is being produced on a rolling basis including up to today's date. The

25  discovery is voluminous and includes electronic discovery. Counsel for Mr. Simon Katz

26  substituted into this matter on May 19, 2022. Certain protected discovery can only be reviewed

27  with both counsel and defendants being physically present, which has been delayed by Covid.

28  The parties are actively exploring plea negotiations, which requires a thorough review of

    discovery (including medical and financial records).

1    All parties agree that time should be excluded under the Speedy Trial Act for effective

2    preparation of counsel because the United States is continuing to produce discovery to both

3    defendants and defense counsel are currently reviewing, analyzing and discussing discovery in

4    connection with potential plea negotiations and preparation for trial. The parties further agree

5    that time should be excluded under the Speedy Trial Act for continuity of counsel. Accordingly,

6    the parties request and stipulate that time between August 1, 2022 and December 12, 2022 be

7    excluded for effective preparation and continuity of counsel pursuant to 18 U.S.C.§3161(h)(7)

8    (B)(iv).

9    For the foregoing reason, the parties respectfully request that the hearing in the above

10   entitled matter, currently set for August 1, 2022, at 10:30 a.m., be continued to December 12,

11   2022, at 10:30 a.m.

12   As for the date of December 12, there is extensive discovery to review and government

13   counsel has multiple trials in the fall through November. If the parties are able to reach a

14   resolution sooner, they will contact the court earlier to schedule a change of plea.

15   **SO STIPULATED.**
     DATED: July 27, 2022                    /s/ Shawn Halbert
16                                            SHAWN HALBERT
                                              Attorney for Defendant
17                                            SIMON KATZ

18
     DATED: July 27, 2022                    /s/ Tony Brass
19                                            TONY BRASS
                                              Attorney for Defendant
20                                            VERONICA KATZ

21   DATED: July 27, 2022                    /s/ Andrew F. Dawson
                                              ANDREW F. DAWSON
22                                            Assistant U.S. Attorney

23
     **IT IS SO ORDERED**.
24

25
     DATED:  July 28, 2022                    _____
26                                            HON. JAMES DONATO
                                              United States District Judge
27

28

**STIP & [PROPOSED] ORDER**
**RE:  TO CONTINUE HEARING AND EXCLUDE TIME**                    2