SHAWN HALBERT
California SBN 179023
Law Offices of Shawn Halbert
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 515-1570
Facsimile: (415) 255-8631
shawn@shawnhalbertlaw.com

Attorney for Defendant
SIMON KATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SIMON KATZ<br><br>    Defendant. | CASE NO. 21-CR-414-JD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM MARCH 13, 2023 TO MARCH 27, 2023 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>VERONICA KATZ<br><br>    Defendant. | CASE NO. 21-CR-310-JD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM MARCH 13, 2023 TO MARCH 27, 2023 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

**STIPULATION**

1. The above related cases are currently set for a status conference on March 13, 2023. Defense counsel request that the status date be continued to March 27, 2023 due to unavailability of counsel for Ms. Katz on March 13, 2023 due to a hearing in a different case and because counsel for Mr. Katz is unavailable on March 20, 2023. The government has no objection to this

continuance in light of the unavailability of defense counsel.

2. Defendants are on pretrial release.

3. The parties are working diligently to resolve the case and will continue doing so during this short continuance.

4. The parties stipulate and agree it would be appropriate to exclude the time from March 13, 2023 through March 27, 2023 under the Speedy Trial Act to allow for effective preparation of and continuity of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 13, 2023 through March 27, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case. *See id.*

The undersigned defense attorneys certify that they have obtained approval from counsel for United States to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 8, 2023                            */s/ Shawn Halbert*
                                                SHAWN HALBERT
                                                Attorney for Defendant Simon Katz

DATED: March 8, 2023                            */s/ Anthony J. Brass*
                                                ANTHONY J. BRASS
                                                Attorney for Defendant Veronica Katz

DATED: March 8, 2023                            STEPHANIE M. HINDS
                                                United States Attorney

                                                */s/ with permission*
                                                CHRISTIAAN HIGHSMITH
                                                ANDREW DAWSON
                                                Assistant United States Attorneys

STIP. & ~~PROPOSED~~ ORDER
21-CR-0414-JD

**[PROPOSED] ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that this matter should be continued from March 13, 2023 to March 27, 2023 at 10:30 a.m.

The Court further finds that that failing to exclude the time from March 13, 2023 through March 27, 2023 would unreasonably deny defense counsel and defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The Court further finds that the ends of justice served by excluding the time from March 13, 2023 through March 27, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial. *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that this matter shall be continued from March 13, 2023 to March 27, 2022 at 10:30 a.m., and that the time from March 13, 2023 through March 27, 2023 shall be excluded from computation under the Speedy Trial Act. *See id.*

**IT IS SO ORDERED** this ___9th___ day of March 2023.

_____
JAMES DONATO
United States District Judge