ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SIMON KATZ,<br>Defendant. | CASE NO. 21-CR-414 JD<br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above against Simon Katz.

DATED: October 25, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

THOMAS COLTHURST
Digitally signed by THOMAS COLTHURST
Date: 2023.10.25 10:51:05 -07'00'

THOMAS A. COLTHURST
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Simon Katz.

Date: 10/27/2023

HON. JAMES DONATO
United States District Judge